NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STEVEN BUSH,                          )
                                      )
            Appellant,                )
                                      )
v.                                    )          Case No. 2D18-4464
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____ )

Opinion filed October 30, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pasco County; Mary M. Handsel, Judge.

Steven Bush, pro se.


PER CURIAM.


        Affirmed.


CASANUEVA, BLACK, and BADALAMENTI, JJ., Concur.